# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BARCALOUNGER CORPORATION, et al.,[1] | ) Case No. 10-11637 (BLS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: June 1, 2010 at 4:00 p.m. |
| | ) Hearing Date: June 4, 2010 at 11:00 a.m. |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on May 19, 2010, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the Motion of the Debtors for Entry of (A) An Order Approving Bid and Notice Procedures and Bid Protections; and (B) An Order (I) Approving an Asset Purchase Agreement Between the Debtors and the Buyer, or Such Other Purchase Agreement(s) Between the Debtors and the Successful Bidder; (II) Authorizing the Sale of All or Substantially All of the Assets of the Debtors Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and (IV) Granting Related Relief [Docket No. 5] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be filed on or before **June 1, 2010 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the following parties so as to be received on or before the Objection Deadline: (a) **Locke, Lord, Bissell & Liddell LLP**, 111 South Wacker Drive, Chicago, Illinois 60606

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Barcalounger Corporation (9018); and American of Martinsville, Inc. (6836). The location of the Debtors' corporate headquarters and service address is: 128 East Church Street, Martinsville, Virginia 24112.

1857073.1

(Attn: David W. Wirt, Esq. and Aaron C. Smith, Esq.), and (b) **Polsinelli Shughart PC**, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801 (Attn: Christopher A. Ward, Esq.), proposed counsel to the Debtors. Only those objections made in writing and timely filed in accordance with the above procedures will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **JUNE 4, 2010 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM NO. 1, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.

Dated: Wilmington, Delaware
May 21, 2010

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP
David W. Wirt (Pro Hac Vice Motion Pending)
Aaron C. Smith (Pro Hac Vice Motion Pending)
Courtney E. Barr (Pro Hac Vice Motion Pending)
111 S. Wacker Drive
Chicago, Illinois 60606-4410
Telephone: (312) 443-0700
Fax: (312) 443-0336

-and-

POLSINELLI SHUGHART PC

Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Fax: (302) 252-0921

PROPOSED COUNSEL FOR THE DEBTORS