UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 10-11637 (BLS) |
| Barcalounger Corporation, *et al.* | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors | : | CREDITORS |
| ---------------------------------------------------------- | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Globe Express Services**, Attn: Daniel Zalomek, 1800 Associates Lane, Suite E, Charlotte, NC 28217, Phone: 704-357-3223, Fax: 704-971-1056

2. **Moonart International, Inc.**, Attn: Vivian Zhou, W3. 21/F 90 Zhongshan East Road, Ivanjing P.R. China, Phone: 86-25-8446-1522, Fax: 86-25-8446-1571

3. **Sunrise Technologies, Inc.**, Attn: John Pence, 111 N. Chestnut Street, Suite 300, Winston Salem, NC 27101, Phone: 336-722-6741, Fax: 336-722-6761

4. **Carpenter Co.**, Attn: David Sayre, 5016 Monument Avenue, Richmond, VA 23117, Phone: 804-359-2622 x 2669, Fax: 804-257-5482

5. **Leather Miracles LLC**, Attn: Jennie Williams, PO Box 2171, Hickory, NC 28601, Phone: 828-464-7448, Fax: 828-464-7447

6. **Universal Am-Can**, Attn: Rebecca C. Johnson, 12755 E. Nine Mile, Warren, MI 48089, Phone: 586-920-0202, Fax: 586-920-0240

7. **Southern Logistics LLC**, Attn: Judy Hall, PO Box 1308, Martinsville, VA 24112, Phone: 276-650-5132, Fax: 276-650-5135

ROBERTA A. DeANGELIS
Acting United States Trustee, Region 3

/s/ Jane M. Leamy, for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: May 28, 2010

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Christopher A. Ward, Esquire, Phone: (302) 252-0920, Fax: (302) 252-0921