**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARCALOUNGER CORPORATION, *et al.*, | ) | Case No. 10-11637 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Benesch, Friedlander, Coplan & Aronoff LLP hereby enters its appearance as proposed local counsel to the Official Committee of Unsecured Creditors in the above-captioned case pursuant to 11 U.S. C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following:

Raymond H. Lemisch, Esquire
Jennifer R. Hoover, Esquire
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-referenced case and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that the Committee intends that neither this Notice of Appearance and Requests for Notices and Papers nor any later appearance, pleading, claim, or suit shall waive any right, claim, action, defense, set-off or recoupment to which the Committee is or may be entitled.

Dated: June 3, 2010

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

*Proposed Local Counsel to the Official Committee of Unsecured Creditors*