

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Barcalounger Corporation, et al.,[1] | ) | Case No. 10-11637 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No. 36** |

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF LOCKE LORD BISSELL & LIDDELL LLP AS ATTORNEYS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

Upon the Debtors'[2] Application for Entry of an Order Authorizing Employment and Retention of Locke Lord Bissell & Liddell LLP As Attorneys For the Debtors *Nunc Pro Tunc* to the Petition Date (the "Application"); and upon consideration of the Wirt Declaration and the Chapman Declaration; and the Court finding that (a) it has jurisdiction over this matter pursuant to U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and 157(c), (c) notice of the Application was due and proper under the circumstances, (d) LLBL does not hold or represent an interest adverse to the Debtors' estates, and (e) LLBL is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code and Local Rule 2014-1; and it appearing that the relief requested in the Application is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Application is granted, *nunc pro tunc* to the Petition Date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Barcalounger Corporation (9018); and American of Martinsville, Inc. (6836). The location of the Debtors' corporate headquarters and service address is: 128 East Church Street, Martinsville, Virginia 24112.

[2] Capitalized ter ms used but not defined herein shall have the meaning ascribed to them in the Application.

2. Pursuant to sections 327(a) and 329 of the Bankruptcy Code, the Debtors, as debtors in possession, are authorized to employ and retain LLBL as their attorneys under a general retainer as of the Petition Date to perform the services set forth in the Application and the Engagement Agreement, a copy of which is attached to the Wirt Declaration as Exhibit 1.

3. LLBL shall be compensated as delineated in the Engagement Agreement and in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

4. LLBL is authorized to apply the Retainer to pay any fees, charges, and disbursements that relate to services rendered to the Debtors prior to the Petition Date that remain unpaid as of such date and shall add and hold the remaining portion of the Retainer for application of fees, charges and disbursements relating to services rendered subsequent to the Petition Date as may further be ordered by the Court.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: June 17, 2010

_____
United States Bankruptcy Judge