# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BARCALOUNGER CORPORATION, et al.[1] | ) Case No. 10-11637 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## AFFIDAVIT OF SERVICE RE:

Exhibit 1   NOTICE TO COUNTERPARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES REGARDING CURE AMOUNTS AND POSSIBLE ASSIGNMENT TO SUCCESSFUL BIDDER AT AUCTION [custom - name/address]

I, Alex Cedeño, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 444 North Nash Street, El Segundo, California 90245.

2. On June 16, 2010, at the direction of Locke Lord Bissell & Liddell LLP, proposed counsel for the debtors, the above referenced document attached hereto as Exhibit 1 was served on the parties listed in Exhibit A via the mode of service indicated thereon:

///

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Barcalounger Corporation (9018); and American of Martinsville, Inc. (6836). The location of the Debtors' corporate headquarters and service address is: 128 East Church Street, Martinsville, Virginia 24112

Exhibit A    Address List regarding Exhibit 1
- The Barcalounger Executory Contracts parties are referenced in Service List 38660
- The AOM Executory Contracts parties are referenced in Service List 38661

Dated: June 17, 2010
El Segundo, California

*Alex Cedeño* (signature)
Alex Cedeño

State of California    )
                       )
County of Los Angeles  )

On June 17, 2010 before me, James H. Myers, a Notary Public, personally appeared Alex Cedeño, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*James H. Myers* (signature)

JAMES H. MYERS
Commission # 1855175
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2013

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARCALOUNGER CORPORATION, et al.,[1] | ) | Case No. 10-11637 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE TO COUNTERPARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES REGARDING CURE AMOUNTS AND POSSIBLE ASSIGNMENT TO SUCCESSFUL BIDDER AT AUCTION

PLEASE TAKE NOTICE that on May 19, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion (the "Bid Procedures and Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on June 7, 2010, the Bankruptcy Court entered an order [Docket No. 56] (the "Bid Procedures Order") approving Bid Procedures (the "Bid Procedures"), which set key dates, times and procedures related to the sale of substantially all of the Debtors' assets (the "Acquired Assets"). To the extent that there are any inconsistencies between the Bid Procedures and the summary description of the terms and conditions contained in this Notice, the terms of the Bid Procedures shall control.

YOU ARE RECEIVING THIS NOTICE BECAUSE YOU OR ONE OF YOUR AFFILIATES IS A COUNTERPARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE LISTED BELOW WITH ONE OR MORE OF THE DEBTORS:[2]

| Counterparty | Contract/Lease | Cure Amount |
|---|---|---|
| Name | XXX | $00,000.00 |

**Pursuant to the Bid Procedures, the Debtors may assume the Executory Contract(s) or Unexpired Lease(s) listed above to which you are a counterparty. Also pursuant to the Bid Procedures, the Debtors may assign the Executory Contract(s) or Unexpired Lease(s) to the successful bidder (the "Successful Bidder") at an auction of substantially all of the Debtors' assets currently scheduled for August 16, 2010.** The Debtors have conducted a review of their books and records and have determined that the cure amount for unpaid monetary obligations under such contract or lease is **$21,966.78** (the "Cure Amount"). If you (a) object to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Barcalounger Corporation (9018); and American of Martinsville, Inc (6836). The location of the Debtors' corporate headquarters and service address is: 128 East Church Street, Martinsville, Virginia 24112.

[2] This Notice is being sent to counterparties to Executory Contracts and Unexpired Leases. This Notice is not an admission by the Debtors that such contract or lease is executory or unexpired.

the proposed assumption or disagree with the proposed Cure Amount, or (b) object to the possible assignment of such Executory Contract(s) or Unexpired Lease(s) to the Successful Bidder, **you must file an objection with the Bankruptcy Court no later than 4:00 p.m. prevailing Eastern Time on August 11, 2010**, (the "Objection Deadline") and serve such objection so that is received by the following parties on or before the Objection Deadline:

| LOCKE LORD BISSELL & LIDDELL LLP<br><br>David W. Wirt<br>Aaron C. Smith<br>111 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 443-0700<br>Fax: (312) 443-0336 | POLSINELLI SHUGHART PC<br><br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Fax: (302) 252-0921 |
|---|---|
| *Counsel to the Debtors* |||

| LOWENSTEIN SANDLER PC<br><br>Bruce Buechler<br>65 Livingston Avenue<br>Roseland, NC 07068<br>Telephone: (973) 597-2308<br>Fax: (973) 597-2309 |
|---|
| *Counsel to the Committee* |

| OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 – Lockbox #35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Fax: (302) 573-6497 |
|---|
| *U.S. Trustee's Office* |

If no objection to the Cure Amount or the proposed assumption and assignment of your Executory Contract(s) or Unexpired Lease(s) to the Successful Bidder is filed by the Objection Deadline, **you will be deemed to have stipulated that the Cure Amount as determined by the Debtors and set forth above is correct and you shall be forever barred, estopped and enjoined from (a) asserting any additional cure amount under the above-listed Executory Contract(s) and Unexpired Lease(s), or (b) objecting to the assumption and assignment of the above-listed Executory Contract(s) and Unexpired Lease(s) to the Successful Bidder.**

2

24838660001309 
Name
Street Address
City, State Zip



3

# EXHIBIT A

# Barcalounger Corp

Total number of parties: 59

## Exhibit A - Barcalounger

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 38661 | AARCO AMERISTAFF, 755 EAST CHURCH STREET, MARTINSVILLE, VA, 24112 | US Mail (1st Class) |
| 38661 | ABR GROUP, INC , 20 LONSOME DOVE COVE, EADS, TN, 38028 | US Mail (1st Class) |
| 38661 | ANTHEM BLUE CROSS & BLUE SHIELD, 2221 EDWARD HOLLAND DRIVE, RICHMOND, VA, 23230 | US Mail (1st Class) |
| 38660 | APEX MARITIME CO , 15215 52ND AVENUE SUITE 21, SEATTLE, WA, 98188 | US Mail (1st Class) |
| 38661 | AT&T CORPORATE DIGITAL ADVANTAGE, 208 S AKARD ST , DALLAS, TX, 75202 | US Mail (1st Class) |
| 38661 | BAM ENTERPRISES, 224 COUNTRY PLACE ROAD, AXTON, VA, 24054 | US Mail (1st Class) |
| 38661 | BASSETT OFFICE SUPPLY, 2266 FAIRY STONE PARK HWY, BASSETT, VA, 24055 | US Mail (1st Class) |
| 38661 | BERRY REALTY TRUST LLC, 1325 MULBERRY RD, MARTINSVILLE, VA, 24112 | US Mail (1st Class) |
| 38661 | BURT DALFEN, 208-5760 ROYAL MOUNT VILLE MONT ROYAL, MONT ROYAL, PQ, H4P 1K5 CANADA | US Mail (1st Class) |
| 38661 | C A ROSE ASSOCIATES, 62 MUNSON ROAD, MIDDLEBURY, CT, 06762 | US Mail (1st Class) |
| 38661 | CARLSON HOSPITALITY WRLDWIDE PROCUREMENT GRP, I, 701 CARLSON PKWY, MINNETONKA, MN, 55305 | US Mail (1st Class) |
| 38661 | CITRIX ONLINE, FILE 50264, LOS ANGELES, CA, 90074 | US Mail (1st Class) |
| 38660 | CITY OF ROCKY MOUNT, ONE GOVERMENT PLAZA, PO BOX 1180, ROCKY MOUNT, NC, 27802 | US Mail (1st Class) |
| 38660 | COSTCO WHOLESALE CORPORATION, 999 LAKE DRIVE,, ISSAQUAH, WA, 98027 | US Mail (1st Class) |
| 38661 | COUNTY OF HENRY, ATTN  SCOTT B GRINDSTAFF - TREASURER, 3300 KINGS MOUNTAIN RD, COLLINSVILLE, VA, 24078 | US Mail (1st Class) |
| 38661 | CUSTOMER EFFECTIVE SOLUTIONS, 25 E CIYRT STREET SUITE 401, GREENVILLE, SC, 29601 | US Mail (1st Class) |
| 38661 | CYBER CODERS, 42 DISCOVERY, IRVINE, CA, 92618 | US Mail (1st Class) |
| 38661 | D&B, 103 JFK PKWY, SHORT HILLS, NJ, 07078 | US Mail (1st Class) |
| 38661 | DELL FINANCIAL SERVICES, LP, PAYMENT PROCESSING CENTER, 4307 COLLECTION CENTER DRIVE, CHICAGO, IL, 60693 | US Mail (1st Class) |
| 38661 | DENNIS DEVITO, PO BOX 415183, BOSTON, MA, 02241 | US Mail (1st Class) |
| 38661 | ECONOMY EXTERMINATORS, INC , OLD US HIGHWAY 1, CARY, NC, 27511 | US Mail (1st Class) |
| 38661 | EMBARQ, 2211 HYDRAULIC ROAD, CHARLOTTESVILLE, VA, 22901 | US Mail (1st Class) |
| 38660 | EXECUTIVE EQUIPMENT LEASING, 3103 LANDMARK ST., GREENVILLE, NC, 27834 | US Mail (1st Class) |
| 38661 | F & L LLC, P O BOX 968 PO BOX 968, MARTINSVILLE, VA, 24114 | US Mail (1st Class) |
| 38661 | FIRST PIEDMONT, 108 S MAIN ST , CHATHAM, VA, 24531 | US Mail (1st Class) |
| 38661 | GAL FURNISHINGS INC, PO BOX 417, DANA POINT, CA, 92629 | US Mail (1st Class) |
| 38661 | GE CAPITAL, 3135 EASTON TURNPIKE, FAIRFIELD, CT, 06825 | US Mail (1st Class) |
| 38661 | HILTON HOTELS CORPORATION, C/O NORTHERN TRUST CO., 8TH FLOOR LOCKBOX #75835, CHICAGO, IL, 60654 | US Mail (1st Class) |
| 38660 | IHFC, 210 E COMMERCE AVENUE, HIGH POINT, NC, 27260 | US Mail (1st Class) |
| 38661 | INSIGHT GLOBAL FINANCE, 6820 SOUTH HARL AVENUE, TEMPE, AZ, 85283 | US Mail (1st Class) |
| 38661 | KARMA L LAMPING, 1121 HUNTER COURT, LAKE SAINT LOUIS, MO, 63367 | US Mail (1st Class) |
| 38661 | KIRK HEASLEY, 35 PARK AVE , APT 2A, NEW YORK, NY, 10016 | US Mail (1st Class) |
| 38661 | MARRIOTT DESIGN AND CONSTRUCTION SERVICE, 10400 FERNWOOD ROAD, BETHESDA, MD, 20817 | US Mail (1st Class) |
| 38661 | MIKE DEVITO, PO BOX 415183, BOSTON, MA, 02241 | US Mail (1st Class) |
| 38661 | MIMECAST NORTH AMERICA, INC, 203 CRESCENT STREET SUITE 303, WALTHAM, MA, 02453 | US Mail (1st Class) |
| 38661 | MIMOSA COVE DESIGN, 905 JOHNS CIRCLE, DEALE, MD, 20751 | US Mail (1st Class) |
| 38661 | MONTGOMERY KONE, ONE KONE COURT, MOLINE, IL, 61265 | US Mail (1st Class) |
| 38661 | MOONART INTERNATIONAL INC , ATTN  DR HAISHAN LIU, US-CHINA ASSETS MANAGEMENT USA, LLC, 33-63 55TH ST , WOOODSIDE, NY, 13377 | US Mail (1st Class) |
| 38661 | PARENTI & ASSOC, 7236 BUGLEHORN STREET, LAS VEGAS, NV, 89131 | US Mail (1st Class) |
| 38660 | PITNEY BOWES, 1 ELMCROFT RD, STAMFORD, CT, 06926 | US Mail (1st Class) |
| 38661 | PITNEY BOWES, PO BOX 856460, LOUISVILLE, KY, 40285 | US Mail (1st Class) |
| 38660 | POPULAR EQUIPMENT FINANCE, INC , 15933 CLAYTON ROAD, SUITE 200, BALLWIN, MO, 63011-2172 | US Mail (1st Class) |

# Exhibit A - Barcalounger

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 38661 | SAGE ABRA, 888 EXECUTIVE CENTER DRIVE WEST SUITE 100, SAINT PETERSBURG, FL, 33702 | US Mail (1st Class) |
| 38661 | SCN, INC , 1001 CORAL LANE, ANCHORAGE, AK, 99515 | US Mail (1st Class) |
| 38660 | SERTA, INC, 2600 FORBS, ATTN ROBERT E MALIN, HOFFMAN ESTATES, IL, 60192 | US Mail (1st Class) |
| 38661 | SOURCEABILITY, 212 SOUTH TRYON ST , SUITE 1615, CHARLOTTE, NC, 28281 | US Mail (1st Class) |
| 38661 | SPRINT, 9300 METCALF AVE, OVERLAND PARK, KS, 66212 | US Mail (1st Class) |
| 38661 | STEVE GOTTBREHT, 7930 FOREST CREEK CT, WHITMORE LAKE, MI, 48189 | US Mail (1st Class) |
| 38661 | TALON CYBER TECH, PO BOX 8509, FOUNTAIN VALLEY, CA, 92728 | US Mail (1st Class) |
| 38661 | TATUM, LLC , DEPT AT 952890, ATLANTA, GA, 31192 | US Mail (1st Class) |
| 38661 | TCF EQUIPMENT FINANCE, INC , LOCK BOX 71922, 1922 SOLUTIONS CENTER, CHICAGO, IL, 60678 | US Mail (1st Class) |
| 38661 | TIME TECHNOLOGIES INC, 326 TAZEWELL AVENUE, ROANOKE, VA, 24013 | US Mail (1st Class) |
| 38660 | T-MOBILE, BANKRUPTCY TEAM, PO BOX 53410, BELLVUE, WA, 98015 | US Mail (1st Class) |
| 38660 | TRI-COUNTY INDUSTRIAL PARK #6, 8320 NE HWY 99, VANCOUVER, WA, 98665 | US Mail (1st Class) |
| 38661 | TURNER HOSPITALITY RESOURCE, 5275 EDINA INDUSTRIAL BLVD, MINNEAPOLIS, MN, 55439 | US Mail (1st Class) |
| 38661 | VALLEY PROPERTIES LLC, 3330 HOLLINS RD SUITE A, ROANOKE, VA, 24012 | US Mail (1st Class) |
| 38661 | VSS, LLC, 303 BRAME ROAD, RIDGELAND, MS, 39157 | US Mail (1st Class) |
| 38661 | WALT DISNEY WORLD CO , 1800 LIVE OAK LANE, LAKE BUENA VISTA, FL, 32830 | US Mail (1st Class) |
| 38661 | WM RANDY BERG, 2801 W ELMORE ST , SEATTLE, WA, 98199 | US Mail (1st Class) |

**Subtotal for this group: 59**