# EXHIBIT A

Declaration of John W. Chapman In Support of the Motion

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BARCALOUNGER CORPORATION, et al.,[7] | ) | Case No. 10-11637 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## DECLARATION OF JOHN W. CHAPMAN IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER (I) APPROVING SALE OF PROPERTY IN THE ORDINARY COURSE OF BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(c)(1) AND 363(f), AND (II) ARRANGING FOR CUSTOMER TO PAY CERTAIN PREPETITION CLAIMS OF A WAREHOUSEMAN IN POSSESSION OF GOODS SUBJECT TO THE SALE

John W. Chapman, being duly sworn, deposes and says:

1. On May 19, 2010 (the "Petition Date"), Barcalounger Corporation ("Barcalounger") and American of Martinsville, Inc. ("AOM" and, together with Barcalounger, the "Debtors") each commenced a case under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court"). I am the Chief Restructuring Officer of the Debtors and am familiar with the day-to-day operations, business and financial affairs of the Debtors. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1109 of the Bankruptcy Code.

2. I submit this Declaration (the "Declaration") to assist the Court and the other parties in interest in understanding the circumstances that form the basis for relief requested in the Debtors' Motion for Entry of an Order (I) Approving Sale of Property in the Ordinary Course of Business Free and Clear of All Liens, Claims and Interests Pursuant to 11 U.S.C. § 363(c)(1)

---

[7] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Barcalounger Corporation (9018); and American of Martinsville, Inc. (6836). The location of the Debtors' corporate headquarters and service address is: 128 East Church Street, Martinsville, Virginia 24112.

and 363(f), and (II) Arranging for Customer to Pay Certain Prepetition Claims of a Warehousemen in Possession of Goods Subject to the Sale (the "Motion"). Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information provided to me by certain of the Debtors' employees, my review of relevant documents, or my opinion based upon my experience, knowledge, and information concerning the operations and financial affairs of the Debtors. If I were called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this Declaration.

3. Prior to the Petition Date, the Debtors entered into a purchase order (the "Purchase Order") with GHG-McCamly Plaza, LLC (the "Customer").[8] A copy of the Purchase Order is attached hereto as Exhibit 1. Furniture and other related items have been delivered to the Customer in pieces over time pursuant to the Purchase Order. The last two portions of the goods due to the Customer are the Martinsville Goods and the Exel Goods. The total amount that the Customer currently owes to the Debtors on the Purchase Order is $120,000. The Customer wishes to take delivery of the Property and, postpetition, the Customer made a deposit of $15,000 with the Debtors in order to complete the sale. If the Court approves the relief requested in the Motion and the Debtors proceed with the sale of the Property, the Customer will make a payment to Exel in the amount of $42,857 (the "Exel Payment") in satisfaction of certain of the prepetition claims owed by the Debtors to Exel, so that Exel will agree to release the Exel Goods to the Customer. The remaining balance due on the sale, $62,143, will be paid by the Customer to the Debtors. These sale proceeds will be paid to CBC, as senior secured creditor, so that CBC may credit such amount against the balance of its loans to the Debtors.

4. The Debtors have filed the Motion to seek authority to sell the Property in the

---

[8] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

ordinary course of business and free and clear of all liens, claims and interests, to the Customer. The Property that is the subject of the sale and the Motion is located in two places. Some of the Property is located at the Debtors' plant in Martinsville (the "Martinsville Goods"), and some of the Property is located at a third-party warehouse (the "Exel Goods") operated by Exel Transportation Services, Inc. ("Exel"). The Property is encumbered by the senior liens and claims of Capital Business Credit, LLC ("CBC"). CBC has consented to the sale of the Property as set forth in the Motion.

5. Another entity, Henry County, Virginia ("Henry County"), has asserted that it allegedly has a perfected lien on the Martinsville Goods (the "Henry County Lien"). Prior to the Petition Date, Henry County entered the Debtors' plant in Martinsville, presumably with the assistance of the local sheriff's office, and roped off approximately 2,000 boxes of inventory, including the Martinsville Goods, with yellow police "Do Not Cross" tape. Out of an abundance of caution and to assist in obtaining the cooperation of Henry County with respect to the delivery of the Martinsville Goods to the Customer, the Debtors seek this Court's approval of the sale of the Property in the ordinary course of business and free and clear of all liens, claims and interests.

6. I believe that the sale of the Property to the Customer free and clear of all liens, claims and interests, and the resulting payment by the Customer of certain of the prepetition claims that the Debtors owe Exel, is in the best interests of the Debtors' estates and their creditors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: July 2, 2010

                                        */s/ John W. Chapman*
                                        Name: John W. Chapman
                                        Title: Chief Restructuring Officer of the Debtors

# EXHIBIT 1 TO CHAPMAN DECLARATION

# Customer Purchase Order

American of Martinsville, Inc
128 East Church Street
Martinsville, VA 24112

# NEW ACCOUNT APPLICATION

DATE _____
SALESMAN _____

FIRM NAME  GHG-McCamly Plaza LLC         REP NO. _____
TRADING AS  McCamly Plaza Hotel          TERR NO. _____
BILLING ADDRESS: 50 Capital Ave SW
BOX/STREET
CITY  Battle Creek    STATE  MI    ZIP  49017
TELEPHONE (269) 963-7050     FAX NO. (269) 963-7665
CONTACT PERSON AND PHONE #  Philip Dumont  269 963 7050
EMAIL ADDRESS: _____

Please (x) One:

☐ Sole Proprietorship (List Owner Below)     ☐ Partnership (List Partners Below)
☐ Corporation (List Officers Below)          ☒ Limited Liability Company (List Managers Below)

Full name of owners, partners, or authorized officers of corporation or limited liability company. List home address, Zip code and Social Security numbers for partnership or individual.

| Name | Title | Street | State/Zip | Social Security # |
|---|---|---|---|---|
| | | | | |
| | | | | |

Federal Tax ID Number  20-4074544    Year Business Organized  2006   State of Organization  MD
Approximate Dollar Value of Opening Order _____
**Please attach a copy of your latest financial statement.**

### Bank Reference/Funding Source

Name _____         Type of Account & Account # _____
Address/Branch _____    City/State _____
Bank Officer _____     Telephone Number _____
                                 Fax Number _____

### Trade References

| Name | Name | Name |
|---|---|---|
| Street | Street | Street |
| City/State | City/State | City/State |
| Phone No. | Phone No. | Phone No. |
| Fax No. | Fax No. | Fax No. |
| Vendor Acct No. | Vendor Acct No. | Vendor Acct No. |

### TERMS OF CREDIT

The Applicant and the undersigned officers and/or owners represent that the information contained in this application is true and accurate. The terms of this credit application shall apply to any credit extended by American of Martinsville, Inc. THE TERMS AND CONDITIONS OF SALE ON PAGE TWO OF THIS APPLICATION SHALL BE AN INTEGRAL PART OF ORDERS PLACED WITH American of Martinsville, Inc. Permission is granted for American of Martinsville, Inc. and its agents to make such inquiries they deem appropriate regarding the Applicant's creditworthiness, including but not limited to those references identified in this application. Credit policies and terms may be changed from time to time and all orders are subject to acceptance by American of Martinsville in its absolute discretion. A service charge of 1 1/2% per month (or, if less, the legal maximum) will be charged on all amounts not paid according to terms. If American of Martinsville, Inc. places any past due obligation with an attorney for collection, the Applicant shall reimburse American of Martinsville, Inc. for its reasonable attorney's fees and costs/expenses of collection. All claims are void unless submitted in writing within ten days after delivery.

_____ signature _____       Controller - Larry Jones   8/20/07
Principal's Signature (Responsible for Operations)   Principal's Name & Title (Please Print)   Date

# GHG-McCamly Plaza LLC
# dba McCamly Plaza Hotel

## 50 Capital Avenue SW Battle Creek, MI 49017
## (269) 963-7050

### Federal Identification Number: 20-4074544

**Bank References:**

New Century Bank
Account # 1068196
Contact: Jeremy Miskell
Phone: (847) 763-6800
Fax: (817) 568-1641
7173 N Lincoln Ave
Lincolnwood, IL 60712

**Trade References:**

*Sysco Grand Rapids*
PO Box 8769
Grand Rapids, MI 49518
Phone: 800.669.9991    Fax: (616) 977-4511

*Norman Foods*
86 South Division Street
Battle Creek, MI 49017
Phone: 800.695.5695    Fax: (269) 965-9146

*Guest Distribution*
PO Box 824700
Philadelphia, PA 19182
Phone: 800.772.7676    Fax: (734) 947-9140

**Accounts Payable Contact:**
Jessica Ratcliff
Phone: (269) 969.4713
Fax: (269) 963.3880
Email: jessica.ratcliff@mccamlyplazahotel.com

# AMERICAN OF MARTINSVILLE, INC.
# TERMS AND CONDITIONS OF SALE

The following terms and conditions are deemed to be incorporated by reference in any order you place with us unless otherwise explicitly stated in writing by specific reference to these terms and conditions. These terms and conditions will supercede any other conflicting provision in your order.

**Terms of Credit and Payment.** You grant us and our agents permission to make such inquiries from sources we deem appropriate concerning your creditworthiness, including but not limited to those references identified in the American of Martinsville, Inc. credit Application. Credit policies and terms may be changed from time to time and all orders are subject to acceptance by us, all at our absolute discretion. For all credit approved accounts, normal payment terms are net 30 days from date of invoice, except for custom orders in which at least 50% deposit is required. Prices are subject to change without notice. A service charge of 1½% per month (or, if less, the legal maximum) will be charged on all amounts not paid according to terms. If we place any past due obligation with a collection agency or attorney for collection, you will be responsible for all collection fees and attorneys fees. We reserve the right to cancel any orders, whether accepted or not, if any amount due us is not paid strictly according to terms. We also reserve the right to cancel or suspend any shipment until we receive adequate assurance of payment. Your order will be subject to all applicable sales taxes. You consent to the jurisdiction of the courts of Virginia (where our principal office is located) for any matter related to your account.

**Order Acknowledgments.** We acknowledge all orders with written order acknowledgment. This acknowledgment will list an anticipated shipping date which is subject to change for conditions beyond our control. We will not be liable for late shipment or failure to fill any customer order as a result of any strike, fire, natural disaster, act of God, government intervention, act of terror, or other cause beyond our control. You agree to examine our order acknowledgment immediately upon receipt and promptly report any discrepancies to our Customer Service department within five days after receipt. All orders, as acknowledged, will be considered complete and accurate after five days. Your order may be shipped in one or more shipments.

**Order Cancellations.** Once we have accepted your order, it is final and binding. Written consent, which we may grant or deny in our sole discretion, must be given by us before an order is considered cancelled. A cancellation fee of 20% of the total amount of the order will be charged to cover costs associated with the order cancellation. No cancellations will be accepted on custom merchandise. Since all upholstery items are manufactured to customer's specifications, we will not accept cancellations after the fabric has been ordered. No cancellations will be accepted after customer's own material ("COM") fabric is ordered, unless we can cancel COM fabric order without charge. If COM fabric order cannot be cancelled, the cost of the COM fabric will be charged to you.

**Order Changes.** Order changes are subject to our prior approval, which we may grant or deny in our absolute discretion. Any requests for an order change must be submitted in writing to our Customer Service department at least eight weeks prior to scheduled production date. Order changes may be subject to additional charges for material, labor and administrative costs. Order changes may also change production and shipment of your order.

**Warranties and Limitations.** Our Inline products are sold with a specific written warranty, the terms of which may change from time to time and are available for inspection upon request. For the specific terms of the latest American of Martinsville, Inc. warranty, please contact us. Products manufactured by us that are not included in our price list are not covered by warranty. Any modification to product included in our price list is considered custom and excluded from warranty. AMERICAN OF MARTINSVILLE, INC. EXPRESSLY EXCLUDES ANY WARRANTY OF MERCHANTIBILITY OR FITNESS FOR A PARTICULAR PURPOSE AS TO ANY PRODUCTS. AMERICAN OF MARTINSVILLE, INC. WILL NOT BE RESPONSIBLE FOR DAMAGES IN EXCESS OF THE PRICE PAID FOR THE PRODUCT IN QUESTION AND WILL NOT, UNDER ANY CIRCUMSTANCES, BE RESPONSIBLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, EVEN IF WE HAD REASON TO KNOW OF THE POSSIBILITY OF SUCH DAMAGES.

**Shipping Terms.** All orders are shipped F.O.B. factory. Freight is prepaid by us and added to your invoice, collected by the carrier, or billed to a third party. We will attempt to comply with any instructions for routing via a specific carrier. Otherwise, we will ship for you on the most economical and dependable carrier available. All shipping weights are approximate. Freight charges are determined by the carrier's tariff. There will be a storage charge for any order that you delay more than 10 days beyond our scheduled ship date. After the 10-day grace period, you will be responsible for a monthly warehousing charge of $6.00 per carton if we store your order. Our Customer Service department may assist you to arrange for shipment to and storage in an outside warehouse, at your sole expense, either local to our area or at a warehouse designated by you. You must notify our Customer Service department in writing within 30 days prior to our scheduled ship date of your choice of outside storage facilities. You will bear all risk of damage or loss while product is in storage or in transit to storage.

**Freight Claims.** Our responsibility for all merchandise ceases when shipments are received by the carrier. All shipments should be opened and inspected immediately upon receipt. If damage is found on a LTL shipment, the merchandise should be refused and returned to the carrier for repair at the carrier's expense. If damage is found on a truckload shipment, you should accept the merchandise and note in detail the damage on the bill of lading and freight bill. Please take photographs of the damaged merchandise and forward to our Quality department no later than 10 days from receipt of delivery. Claims for replacements and shortages shall be void and will not be considered unless submitted by the applicable deadline.

**Shortages and Returns.** Should an error or shortage in your order occur, or you receive defective or damaged merchandise, please report it immediately in writing to our Quality department. A shipment should not be accepted until shortages are noted on both the bill of lading and the freight bill. No returns will be accepted without prior authorization and a return authorization number. We will refuse to accept delivery of any merchandise returned to us without such authorization.



| | | Invoice No. | 595550 |
|---|---|---|---|

**INVOICE**

| Customer | | | | | Misc | |
|---|---|---|---|---|---|---|
| Name | GHG McGinnly Plaza LLC | | | | Date | 2/14/2008 |
| Address | 50 Capital Avenue | | | | Order No. | NA |
| City | Battlecreek | State | MI | ZIP 49017 | Rep | Klingensmith |
| Phone | 269-963-7050 | | | | FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 288 | 8809-005 NIGHTSTAND | $ 275.00 | $ 79,200.00 |
| 237 | 8809-421 DRESSER | $ 655.00 | $ 155,235.00 |
| 106 | 8809-718 RH DESK | $ 280.00 | $ 29,680.00 |
| 106 | 8809-171 RH POD | $ 285.00 | $ 30,210.00 |
| 131 | 8809-717 LH DESK | $ 280.00 | $ 36,680.00 |
| 131 | 8809-170 LH POD | $ 285.00 | $ 37,335.00 |
| 237 | 0090-034 ERGO CHAIR | $ 183.00 | $ 43,371.00 |
| 237 | 5224-024 LOUNGE CHAIR | $ 242.00 | $ 57,354.00 |

ck51651D
ck51652D
ck51653D

| | | | |
|---|---|---|---|
| | | SubTotal | $ 469,065.00 |
| | | Shipping | $ 32,834.55 |
| | Tax Rate(s) 6.00% | | $ 28,143.90 |
| | | **AMOUNT** | $ 530,043.45 |

Remit To:
AMERICAN OF MARTINSVILLE, INC.
P.O. Box 535151
Atlanta, GA 30353-5151

(Office Use Only)

**PROFORMA**

Original Document

McCamly Plaza Hotel                                59550-0

McCamly Plaza Hotel        Phone: 269-963-7030
50 Capital Ave SW          Fax: 269-963-9665
Battle Creek, MI.          E-mail: pdumont@ghhg.com
49017

Purchase Order Number  1001

                                        A 51650

Bill To: GHG McCamly Plaza LLC        Ship To: McCamly Plaza Hotel
                                      **Must notify 48 hours before delivery**

_Philip Dumont_                       50 Capital Ave,        603 4%
By Philip Dumont, Agent for GHG McCamly Plaza LLC   Battle Creek MI,
                                      49017                 8d 7%
Date: 2-21-08
                                                            xx 54 5/5

| Quantity | Item | Unit | Description | Discount % | Taxable | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| One | | Lot | See Specifications Attached | No | Yes | | $768,965.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Subtotal: $768,965.00
Tax: $28,147.00
Shipping: $33,931.55
Miscellaneous: -0-
Balance Due: $830,043.55

2/22
cc Rhonda A
   Wanda B



# AMERICAN
## OF MARTINSVILLE

Invoice No. AK516509

**INVOICE**

| Customer | | | | | Misc | |
|---|---|---|---|---|---|---|
| Name | GHG McCamly Plaza LLC | | | | Date | 4/18/2008 |
| Address | 50 Capital Avenue | | | | Order No. | AK516509 |
| City | Battlecreek | State | MI | ZIP 49017 | Rep | Klingensmith |
| Phone | 269-963-7050 | | | | FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 318 | 8800-085 NIGHTSTAND +30 | $ 275.00 | $ 87,450.00 |
| 242 | 8800-421 DRESSER +5 | $ 655.00 | $ 158,510.00 |
| 110 | 8809-718 RH DESK +4 | $ 280.00 | $ 30,800.00 |
| 110 | 8809-171 RH POD +4 | $ 285.00 | $ 31,350.00 |
| 132 | 8809-717 LH DESK +1 | $ 280.00 | $ 36,960.00 |
| 132 | 8809-170 LH POD +1 | $ 285.00 | $ 37,620.00 |
| 64 | 8809-710 KING HEADBOARD  NEW | $ 597.00 | $ 38,208.00 |
| 12 | 8809-720 QUEEN HEADBOARD W/CUTOUT  NEW | $ 565.00 | $ 6,780.00 |
| 198 | 8809-722 DOUBLE QUEEN W/CUTOUTS  NEW | $ 522.00 | $ 103,262.00 |
| 245 | 8000-034 ERGO CHAIR  N/A +5 | $ 183.00 | $ 44,835.00 |
| 245 | 5224-924 LOUNGE CHAIR  N/A +5 | $ 242.00 | $ 59,290.00 |
| 110 | 8809-902 RH BACKSPLASH  NEW | $ 108.00 | $ 11,880.00 |
| 132 | 8809-903 LH BACKSPLASH  NEW | $ 106.00 | $ 13,992.00 |

| | | |
|---|---|---|
| | SubTotal | $ 660,707.00 |
| | Shipping | $ 46,249.49 |
| Tax Rate(s) 8.00% | | $ 39,642.42 |
| | AMOUNT | $ 746,598.91 |

Remit To:
AMERICAN OF MARTINSVILLE, INC.
P.O. Box 535161
Atlanta, GA  30353-5161

Office Use Only

I accept that the prices and quantities listed above are correct and I have agreed to the terms and conditions set forth by American of Martinsville.

Customer Signature      5/5/08      Date

*Original Document*