IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BARCALOUNGER CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11637 (BLS)<br>Jointly Administered<br><br>Re: Docket No. 70 |

## ORDER AUTHORIZING THE RETENTION OF LOWENSTEIN SANDLER PC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MAY 28, 2010

Upon consideration of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors") to retain Lowenstein Sandler PC ("Lowenstein Sandler") to serve as counsel for the Committee; and upon consideration of the certification of counsel in support of the Application; and the Court being satisfied that Lowenstein Sandler represents no adverse interest in the matters with respect to which it is to be employed; and notice of the Application being sufficient; and good cause appearing therefore;

It is on this 6th day of June, 2010 **ORDERED** as follows:

1. The Application is approved.

2. Pursuant to 11 U.S.C. §§ 328(a) and 1103, the Committee is authorized to employ and to retain Lowenstein Sandler, *nunc pro tunc* to May 28, 2010, to serve as its counsel in the above-captioned cases.

3. Lowenstein Sandler shall be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court, and any Order entered by this Court with respect to compensation of professionals.

_____
Honorable Brendan Linehan Shannon
United States Bankruptcy Judge