# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BARCALOUNGER CORPORATION, *et al.*, ) | Case No. 10-11637 (BLS) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket No. 71 |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION
OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 327 AND 1103,
<u>EFFECTIVE AS OF THE DATE OF THE APPOINTMENT OF THE COMMITTEE</u>**

Upon the application (the "Application")[1] of the Official Committee of Unsecured Creditors (the "Committee") of Barcalounger Corporation, *et al.* (the "Debtors") for an Order authorizing the Committee to employ Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") as its Delaware counsel in the above-captioned chapter 11 case, *nunc pro tunc* to May 28, 2010, and the Court having reviewed the Application and the Verified Statement of Raymond H. Lemisch, Esquire in Support of the Application (the "Verified Statement"), attached to the Application; and the Court having determined that the legal and factual basis set forth in the Application and the Verified Statement establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

---

[1] Capitalized terms not defined herein have the meaning given to them in the Application.

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. Notice of the Application was sufficient under the circumstances.

D. The Application and the Verified Statement are in full compliance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court (the "Local Rules").

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The Committee is authorized to employ Benesch as its Delaware counsel in the above-captioned chapter 11 case, effective as of May 28, 2010, in accordance with the Application and the Verified Statement.

3. Benesch is authorized to perform any and all legal services for the Committee that are necessary or appropriate in connection with this chapter 11 case.

4. Benesch shall be compensated for its services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court.

Dated: June 6, 2010

BY THE COURT:

HONORABLE BRENDAN L. SHANNON,
United States Bankruptcy Judge