**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:                                                    ) Chapter 11
                                                          )
BARCALOUNGER CORPORATION, et al.,[1]    ) Case No. 10-11637 (BLS)
                                                          )
                    Debtors.                          ) Jointly Administered
                                                          )
_____ )

## *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 18, 2010 AT 11:00 A.M. (ET)

## MATTER WITH CERTIFICATE OF NO OBJECTION

1.    Motion for Entry of an Order: (I) Rejecting Unexpired Lease and Abandoning Personal Property at the International Home Furnishings Center in High Point, North Carolina Effective as of the Petition Date, (II) Approving Waiver of Post-Petition Administrative Claim, and (III) Granting Access to the Leased Premises for the Limited Purpose of Removing Leased Property [Filed 7/23/2010; Docket No. 167]

Response Deadline:    August 11, 2010 at 4:00 p.m.

Related Documents:

   a)    Certificate of No Objection Regarding Motion for Entry of an Order: (I) Rejecting Unexpired Lease and Abandoning Personal Property at the International Home Furnishings Center in High Point, North Carolina Effective as of the Petition Date, (II) Approving Waiver of Post-Petition Administrative Claim, and (III) Granting Access to the Leased Premises for the Limited Purpose of Removing Leased Property [Filed 8/13/2010; Docket No. 194]

   b)    **Order (I) Rejecting Unexpired Lease and Abandoning Personal Property at the International Home Furnishings Center in High Point, North Carolina Effective as of the Petition Date, (II) Approving Waiver of Post-Petition Administrative Claim, and (III) Granting Access to the Leased Premises for the Limited Purpose of Removing Leased Property [Entered 8/16/2010; Docket No. 197]**

Responses Received:    None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Barcalounger Corporation (9018); and American of Martinsville, Inc. (6836). The location of the Debtors' corporate headquarters and service address is: 128 East Church Street, Martinsville, Virginia 24112.

[2] Amended items appear in bold or italics.

## MATTER GOING FORWARD

2.    Motion of the Debtors for Entry of (A) An Order Approving Bid and Notice Procedures and Bid Protections; and (B) An Order (I) Approving an Asset Purchase Agreement Between the Debtors and the Buyer, or Such Other Purchase Agreement(s) Between the Debtors and the Successful Bidder; (II) Authorizing the Sale of All or Substantially All of the Assets of the Debtors Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and (IV) Granting Related Relief [Filed 5/19/2010; Docket No. 5]

Response Deadline:    August 11, 2010 at 4:00 p.m.    The Official Committee of Unsecured Creditors was granted an extension to respond until August 13, 2010 at 4:00 p.m.

Related Documents:

a)    Order (A) Approving Bid Procedures and Expense Reimbursement; and (B) Approving the Form and Manner of Notices Thereof [Entered 6/7/2010; Docket No. 56]

Responses Received:

b)    Objection of Valley Properties, LLC to Proposed Cure Amount [Filed 6/30/2010; Docket No. 111]

c)    Objection of TCF Equipment Finance, Inc. to Proposed Assumption of Equipment Lease, Proposed Cured Amount and Possible Assignment to Prospective Successful Bidder [Filed 7/15/2010; Docket No. 156]

d)    Amended Objection of TCF Equipment Finance, Inc. to Proposed Assumption of Equipment Lease, Proposed Cured Amount and Possible Assignment to Prospective Successful Bidder [Filed 7/27/2010; Docket No. 173]

e)    Limited Objection of Moonart International, Inc. to Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to Successful Bidder at Auction [Filed 8/10/2010; Docket No. 186]

f)    Limited Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of (A) An Order Approving Bid and Notice Procedures and Bid Protections; and (B) An Order (I) Approving an Asset Purchase Agreement Between the Debtors and the Buyer, or Such Other Purchase Agreement(s) Between the Debtors and the Successful Bidder; (II) Authorizing the Sale of All or Substantially All of

2

the Assets of the Debtors Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and (IV) Granting Related Relief [Filed 8/13/2010; Docket No. 192]

**Additional Related Documents:**

g) **Notice of Successful Bidder [Filed 8/17/2010; Docket No. 202]**

h) **Declaration of Frank Mack in Support of Debtors' Request for an Order Approving the Sale of Substantially all of the Assets of the Debtors Free and Clear of all Liens, Claims, Interests and Other Encumbrances [Filed 8/18/2010; Docket No. 204]**

i) **Declaration of Edward T. Gavin, CTP in Connection with the Debtors' Request for an Order Approving the Sale of Substantially all of the Assets of the Debtors Free and Clear of all Liens, Claims, Interests and Other Encumbrances [Filed 8/18/2010; Docket No. 205]**

Status: This matter will go forward with respect to the sale. **A revised form of order will be submitted at the hearing.**

Dated: Wilmington, Delaware
August **18**, 2010

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP
David W. Wirt (Admitted Pro Hac Vice)
Aaron C. Smith (Admitted Pro Hac Vice)
Courtney E. Barr (Admitted Pro Hac Vice)
111 S. Wacker Drive
Chicago, Illinois 60606-4410
Telephone: (312) 443-0700
Fax: (312) 443-0336

-and-

POLSINELLI SHUGHART PC

_/s/ Justin K. Edelson_
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Fax: (302) 252-0921

COUNSEL FOR THE DEBTORS

1879641.1