# SIGN-IN SHEET

CASE NAME: Bowlounger Corp.  COURTROOM NO.: 1

CASE NO.: 10-11637 BLS  DATE: 8/18/10

PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Polsinelli Shughart | Debtors |
| David Witt | Lock Lord Bissell & Liddell | Debtors |
| Aaron Smith | " | " |
| Courtney Barr | " | " |
| Robert Boghosian | Cohen Tauber Spievack & Wagner | Liquid Asset Partners LLC |
| Giancarlo Kunzel | Bayard | Hancock Capital Partners |
| Bruce Buechler | Lowenstein Sandler | Creditors Committee |
| Jane Leamy | UST Office | US Trustee |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Brendan L. Shannon

Calendar Date: 08/18/2010
Calendar Time: 11:00 AM ET

2nd Revision 08/17/2010 02:35 PM

#1

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Barcalounger Corporation | 10-11637 | Hearing | 3689962 | Michael Fourticq Jr. | (310) 228-6904 | HPC 3 Furniture Holdings LLC | Interested Party, HPC 3 Furniture Holdings LLC / LIVE |
| | | Barcalounger Corporation | 10-11637 | Hearing | 3689944 | Patrick C. Maxcy | 312-876-2810 | Sonnenschein Nath & Rosenthal | Creditor, HPC #3 Furniture Holdings, LLC / LIVE |
| | | Barcalounger Corporation | 10-11637 | Hearing | 3689013 | Bill Melvin Jr. | (616) 450-0691 | Liquid Asset Partners, LLC | Debtor, Barcalownger / LIVE |